**Order entered September 13, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00255-CV

## IN RE GUARDIANSHIP OF JOYCE MARGOL, AN ALLEGED INCAPACITATED PERSON

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-20-02238-2**

### ORDER

Before the Court is the Guardian of the Estate's September 9, 2021 unopposed motion for first extension of time to file his appellee's brief. We **GRANT** the motion and **ORDER** the brief be filed no later than October 11, 2021.

/s/    BONNIE LEE GOLDSTEIN
JUSTICE